EDITH D. GLACKENS, Individually and as a Member of ANNE BROWN ALUMNÆ ASSOCIATION, et al., Appellants, *v.* ANNE BROWN ALUMNÆ ASSOCIATION et al., Respondents, Impleaded with Others.

Argued April 19, 1939; decided May 17, 1939.

*John F. Caskey, Harry J. McIntyre* and *John A. Wells* for appellants.

*Harold R. Medina, Jerome W. Sinsheimer* and *John W. Jordan* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.